Norman WRIGHT, Plaintiff–Appellant,

v.

LOUISVILLE JEFFERSON COUNTY METRO GOVERNMENT; Louisville Metro Police Department, Officers in the Employ of Louisville Jefferson County Metro Government; Travis Hatchell, Defendants–Appellees.

No. 05–6123.

United States Court of Appeals, Sixth Circuit.

Aug. 2, 2006.

Before: MARTIN and SUTTON, Circuit Judges; JORDAN, District Judge.*

LEON JORDAN, District Judge.

Norman Wright appeals the district court's grant of summary judgment in favor of all defendants. After reviewing the record, the parties' briefs, and the applicable law, this court determines that no jurisprudential purpose would be served by a panel opinion. The district court committed no reversible error. Its judgment is therefore AFFIRMED for the reasons stated in its summary judgment memorandum opinion.

---

* The Honorable Edmund A. Sargus, Jr., United States District Judge for the Southern District of Ohio, sitting by designation.

* The Honorable R. Leon Jordan, United States District Judge for the Eastern District of Tennessee, sitting by designation.